44 So.2d 28

**DIXIELAND DISTRIBUTING CO., Inc. v. Mamie W. WELLS, Admrx.**

6 Div. 871.

Supreme Court of Alabama.

Dec. 1, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 28

**Mae Ola DOBBINS v. Alice DOBBINS.**

6 Div. 984.

Supreme Court of Alabama.

Dec. 1, 1949.

Clifford Emond, of Birmingham, for appellant.

Jos. W. Adams, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

44 So.2d 28

**John O. ESTES v. William W. ESTES et al.**

3 Div. 549.

Supreme Court of Alabama.

Dec. 22, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

45 So.2d 869

**Johnnie EWING, Jr. v. STATE.**

8 Div. 509.

Supreme Court of Alabama.

Jan. 19, 1950.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed.

44 So.2d 28

**HUNTSVILLE MFG. CO. v. L. B. JOHNSON et als., Trustees.**

8 Div. 527.

Supreme Court of Alabama.

Nov. 8, 1949.

Benners, Burr, Stokely & McKamy, of Birmingham, and Taylor, Bell & Taylor, of Huntsville, for appellants.

Beddow & Jones, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.